RODOLFO F. RUIZ, STATE BAR NO. 163877
rruiz@vrlawyers.com
KRISTEN J. NESBIT, STATE BAR NO. 242426
knesbit@vrlawyers.com
NATHAN V. OKELBERRY, STATE BAR NO. 266596
nokelberry@vrlawyers.com
**VANDERFORD & RUIZ, LLP**
221 East Walnut Street, Suite 106
Pasadena, CA 91101-1554
Tel: 626-405-8800
Fax: 626-405-8868

Attorneys for Defendants,
**CITY OF LOS ANGELES** (erroneously also sued as "Department of Airports")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WALKER,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, Department of Airports and DOES 1 - 100,<br><br>  Defendant. | CASE NO. CV 09-03857 GAF (PLAx)<br><br>[PROPOSED] JUDGMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION<br><br>Date:         December 13, 2010<br>Time:         9:30 a.m.<br>Courtroom:    "740"<br><br>District Judge   : Gary A. Feess<br>Magistrate Judge : Paul L. Abrams |

On December 9, 2010, after review of Defendant's Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication, and any and all opposition papers, and arguments of counsel, the Court ordered as follows:

The Court **GRANTS** Defendant City of Los Angeles summary judgment on Plaintiff's breach of contract claim.   All further Court dates are vacated.

**IT IS SO ORDERED.**

DATE: December 15, 2010
_____

*[signature]*

HON. GARY A. FEESS

---

[PROPOSED] JUDGMENT RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

VANDERFORD & RUIZ, LLP        P:\WordPerfect\LAWA\6025 Walker\Pldgs\MSJ\Proposed Judgment.wpd